# In The United States Court of Federal Claims

No.  11-175C

(Filed:  May 4, 2011)

_____

INTELLECTUS, LLC,

               Plaintiff,

    v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On May 4, 2011, defendant filed an unopposed motion for enlargement of time of 60 days.  Defendant's motion is hereby **GRANTED**.  On or before July 19, 2011, defendant shall file its response to the complaint.  **No further enlargements of this deadline will be granted.**

       **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge